IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0724

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

JAY LE CLEVELAND,

> Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 23, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 16 2023